UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JORGE FEJARDO-CASTILLANOS,<br><br>            Defendant. | No. CR-05-6017-FVS<br><br>ORDER DISMISSING INDICTMENT |

    The United States having moved to dismiss the indictment in this matter pursuant to Federal Rule of Criminal Procedure 48(a),

    **IT IS HEREBY ORDERED:**

    1. The Government's Motion For Order Dismissing Indictment, **Ct. Rec. 4**, is **GRANTED.**

    2. The indictment is **DISMISSED.**

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

    **DATED** this  6th  day of November, 2007.

                                          s/ Fred Van Sickle
                                            Fred Van Sickle
                               United States District Judge

ORDER DISMISSING INDICTMENT- 1